IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Fabian Vazquez _____, Plaintiff

v.

Geo-DHS-ICE _____,

Geo's medical Staff _____,

_____,

_____, Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 12 2019

JEFFREY P. COLWELL
CLERK

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Fabian Vazquez, 3130 N. Oakland St, Aurora, CO 80010
(Name and complete mailing address)

N/a - N/a
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Geo DHS-ICE 3130 N. Oakland St, Aurora CO, 80010
(Name and complete mailing address)

303-361-6012
(Telephone number and e-mail address if known)

Defendant 2: Geo's medical Staff 3130 N. Oakland St, Aurora, CO 80010
(Name and complete mailing address)

303-361-6012
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Violation of American disability act, Violation of Constitutional Rights. Medical malpractice

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Mexico__.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of __Colorado__ (name of state or foreign nation).

Defendant 1 has its principal place of business in __Colorado__ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Abuse and Violation of ADA & Constitutional Rights. Assault, verbal & physical.

Supporting facts: On or about September 14 2018 unit A4 where I'm housed at was on lockdown. During lunch Geo officer miss Ramirez opened my cell to go and get my lunch tray. As I was walking back my buddy slid me a bag of coffee through the door. Miss Ramirez started screaming across the pod, due to echo and me not having my hearing aids I automatically assumed she said to give it back, so I did and I started walking back to my cell, she approached me, just inches away from my face and screamed "didn't you fucking hear me"? She literally sprayed me with spit, then I stepped back and was trying to avoid her yelling in my face, and she's chasing me down the tier calling me a bitch and stating why I was running from a bitch and saying I was scared of a bitch. I am very sorry for my language but it is what happened, I have many witnesses most got deported, my cellmate is still here, Joel Vinalay-Garcia, A# ~~207~~ 207426964. These are verbal threats and her spraying me with

CLAIM TWO: <u>ADA Violation, medical neglect and malpractice, causing pain and suffering.</u>

**Supporting facts:**

I'm not sure excatly when but it was on or about August 23rd, I had a medical condition on my Genital Area, 2015 it was treated and cured in D.O.C. Anyway it's a ingrown hair that was treated with nitrogen, they frooze it 2 or 3 times and it went away. Somehow it came back it was tiny and bearly visible. I was seen by Docter Robertson here at Geo she "treated" it, made an incision on it. It was the most painful "treatment" I went through, she split it open, made a huge wound on it, it took about a month or more for it to heal and close. At the incision "Surgery" she performed I was screaming in pain. Now it's 50 times bigger, it's not exactly painful but it's irritating. I have been "scheduled" to see dermatalogist, up to this date I have not been seen or have they made any effort to fix the problem. Anyhow they placed me here in custody, one of my hearing aids was broken, the other was cracked and bearly working, being held by tape not functioning properly, the medical staff

5

D.) <u>Statement of Claim(s)</u> Claim #1 ①

spit as she was yelling is a form of assault. I grieved this matter, nothing was done about it so I requested a civil lawsuit document from Captain Knight and he stated that detainee's don't have access to civil suit documents. They also denied my Request to call police and file a Report for assault. The grievance Response stated that I will not be advised of any further administrative action being taken. The Captain denying my Request to make a police Report and obtain civil suit documents is a complete violation of my civil Rights. On top of that I am disabled and am already traumatized by all these uncivil actions and abuse caused by Lakewood police and Jeffco. The supervisor miss Cammorto denied and stated they didn't have the grievance or the footage on Record, I Do. I have all the copies of grievances and the Replies. I am a detainee, not a convict I don't deserve to get spit on, chased and get verbally threatened by a officer who has no Respect for others or her self. These people are suppose to uphold the law, not break it. Let's say I was in a female officer's face, shouting verbal threats and practically spitting on her. I'm sure I would be facing serious charges.

E. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I need Relief for my violation of Constitutional Rights, Geo denying me making a police Report, physically assaulting me by screaming in my face and practically spitting on me making my post traumatic syndrome worse than what Lakewood and Jeff Co made it and for medical malpractice that cause pain and suffering. Someone needs to pay and compensate me.

F. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

4-9-2017
(Date)

(Revised December 2017)

# E. Statement of claims (claim 2)

here never has my batterries on stock, I've been days without my batterries at least 3 times. my inability to hear has been causing major mental, physical, psycological and emotional distress. this medical malpractice and medical neglect is a major violation of my ADA and constitutional Rights.